UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD MCATEE,<br><br>Defendant. | **6:19-PO-5039-KLD** FAJD005I, FAJD005J<br>**6:19-PO-5050-KLD** 9393278, FBGB0043, FBGB0049<br>**6:19-PO-5051-KLD** 9393277<br>Location Code: M5<br>Disposition Code:   TE (Guilty)<br>                                  TG (Not Guilty)<br><br>JUDGMENT IN A CRIMINAL CASE |

      The Defendant, Richard McAtee, was present in court and was found guilty following a bench trial to the charges of: **FAJD005I** VIOLATING ANY TERM OR CONDITION OF A SPECIAL-USE AUTHORIZATION AND **FAJD005J** STORING EQUIPMENT, PERSONAL PROPERTY OR SUPPLIES; **9393277** STORING EQUIPMENT, PERSONAL PROPERTY OR SUPPLIES; **FBGB0049** ANY TYPE OF TRAFFIC OR MODE OF TRANSPORT PROHIBITED BY THE ORDER. IT IS PROHIBITED TO POSSESS OR TRANSPORT MORE THAN 35 HEAD OF STOCK IN A PARTY OR GROUP.

      The Defendant, Richard McAtee, was found not guilty following a bench trial to the charge of: **9393278** PARTIES CONSISTING OF OVER 15 PERSONS THAT TRAVEL OR EAT TOGETHER AS ONE LARGE GROUP.

      The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

            1. Defendant must pay a fine in the amount of $590.00 plus $160.00 Special Assessment for a total of $750.00. Defendant must pay by check or credit card payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov or to the court at 406-829-7122. Payment shall be

made by July 31, 2020.

      2. Defendant is sentenced to a period of unsupervised probation for a term of one year. During that period, Defendant shall not violate any terms or conditions of his Special Use Permit or any of the Forest Service regulations identified in the Forest Supervisor's Order No. F10-004-L-16.

Pursuant to 18 U.S.C. §§ 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with Magistrate Kathleen L. DeSoto. If the Defendant appeals, he will be required to pay a $38 fee pursuant to 28 U.S.C. §1914, Fee Schedule, subsection (10), at the time of filing your appeal. The Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(C).

Date of Imposition of Judgment: June 26, 2020.

June 26, 2020
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge